UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS ANTHONY HUMES,<br><br>             Plaintiff,<br><br>      v.<br><br>JOHN DOE<br><br>             Defendant. | Case No. 1:26-cv-03348-EPG (PC)<br><br>FINDINGS AND RECOMMENDATIONS THAT (1) THIS CASE PROCEED ONLY ON PLAINTIFF'S CLAIMS FOR RETALIATION IN VIOLATION OF THE FIRST AMENDMENT AND VIOLATION OF PLAINTIFF'S RIGHT TO ACCESS THE COURTS AGAINST DEFENDANT JOHN DOE AND (2) ALL OF OTHER CLAIMS BE DISMISSED<br><br>(ECF Nos. 7, 8)<br><br>OBJECTIONS, IF ANY, DUE WITHIN 30 DAYS<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN A DISTRICT JUDGE TO THE CASE |

Plaintiff Francis Anthony Humes is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. (ECF Nos. 1, 6). Plaintiff filed his complaint on May 1, 2026. Plaintiff lists one defendant: John Doe, "transportation correctional officer." (ECF No. 1). Plaintiff generally alleges that Defendant John Doe, a correctional officer, destroyed Plaintiff's legal property in retaliation for Plaintiff speaking to another inmate on a transport bus. (*Id.*).

On June 18, 2026, the Court screened the complaint, concluding that only the following claims may proceed past screening: retaliation in violation of the First Amendment and

violation of Plaintiff's right to access the courts. (ECF No. 7 at 1-2). The Court also explained why the complaint failed to state any other cognizable claims. The Court gave Plaintiff thirty days to either file (1) a notice to proceed on these claims, (2) a first amended complaint; or (3) a notice to stand on his complaint and have it reviewed by a district judge. (*Id.* at 8-9).

On July 8, 2026, Plaintiff filed a "Notice To Proceed on Cognizable Claims" stating that Plaintiff will proceed with the claims the Court found cognizable. (ECF No. 8).

Accordingly, the Court respectfully requests the Clerk of Court assign a district judge to this matter.

Additionally, for the reasons set forth in the Court's screening order that was entered on June 18, 2026 (ECF No. 7), and because Plaintiff has notified the Court of the claims he wishes to proceed on (ECF No. 8), IT IS RECOMMENDED that:

1. This case proceeds on Plaintiff's claims of retaliation in violation of the First Amendment and violation of Plaintiff's right to access the courts against Defendant John Doe; and

2. All other claims be dismissed with prejudice for failure to state a claim.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within thirty (30) days after being served with these findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any objections shall be limited to no more than 15 pages, including exhibits.

Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:    **July 9, 2026**                    /s/ *Erica P. Grosje*
                                                    UNITED STATES MAGISTRATE JUDGE

2