UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS ANTHONY HUMES,<br>Plaintiff,<br>v.<br>JOHN DOE,<br>Defendant. | 1:26-cv-03348-KES-EPG (PC)<br><br>ORDER AUTHORIZING ISSUANCE OF SUBPOENA *DUCES TECUM* AND SETTING DEADLINES<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF ONE COPY OF FORM AO 88B AND ONE COPY OF FORM USM-285 |

Plaintiff Francis Anthony Humes ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. (ECF Nos. 1, 6). Generally, Plaintiff alleges that Defendant John Doe, a correctional officer, destroyed Plaintiff's legal property in retaliation for Plaintiff speaking to another inmate on a transport bus.

On July 9, 2026, the Court screened Plaintiff's complaint (ECF No. 1) and found that Plaintiff's First Amendment retaliation and right to access the court claims against John Doe should proceed past screening. (ECF No. 10). Because Defendant's identity is not known to Plaintiff, the Court stated that "the Court will authorize the issuance of a subpoena so that Plaintiff can seek document(s) that identify the Doe Defendant(s)

> Once the complaint proceeds past screening, the Court will issue an order allowing Plaintiff to obtain discovery to attempt to identify the true identity of Defendant Doe. However, the case may be dismissed without prejudice if Plaintiff is unable to identify that individual.

(ECF No. 10 at 9 & n.1).

Accordingly, the Court will authorize the issuance of a subpoena *duces tecum* and direct the Clerk of Court to send Plaintiff one copy of form AO 88B and one copy of form USM-285, for unidentified defendant John Doe to be completed by Plaintiff. When completing these subpoena forms, Plaintiff should only request documents that may assist him in identifying John Doe.

On the AO 88B form, in the section that beings with "To: (Name of person to whom this subpoena is directed)," Plaintiff should identify the person or entity he is seeking the documents from. Since Plaintiff is seeking information about employees at North Kern Prison or the Central Transportation Hub working on November 1, 2022, the California Department of Corrections and Rehabilitation appears to be the logical recipient of the subpoena.

In the blank space between the lines starting with "production" and "place," Plaintiff should identify the documents he is seeking that would assist him in identifying and serving unidentified Defendant, such as any documents related to identities of the people matching the descriptions of the defendants, or photos, names, and addresses of the officers on duty the day of the alleged incident.

The "place" and date and "time of the production" boxes refer to the date on which the documents should be produced to the Plaintiff and the address of where the documents should be sent, such as the place of his incarceration or his residence.

Plaintiff should **not** fill out Proof of Service section of the AO 88B form, it will be completed by the U.S. Marshalls after they serve the subpoenas. Similarly, Plaintiff should not fill out the section of the USM-285 form that is marked "Space Below for Use of U.S. Marshal Only – Do Not Write Below this Line."

The "Serve At" Section on the USM-285 form should match "To:" section on the AO 88B form, providing the name and address of the person or entity to whom subpoena is directed, such as the California Department of Corrections and Rehabilitation.

Once Plaintiff has completed and returned forms AO 88B and USM-285, the Court will review the documents and, if they are correctly completed, the Court will direct the United States Marshals Service to serve the subpoena.[1] The Court notes that it may limit Plaintiff's request for production of documents.

---

[1] If after being served with the subpoena, the responding person or entity fails to respond or objects to

(continued…)

Plaintiff has 120 days from the date of service of this order to file a motion to substitute named a named defendant in place of John Doe. Failure to file a motion to substitute by this deadline may result in the dismissal of the unidentified defendants.

Accordingly, **IT IS ORDERED** that:

1. The Clerk of Court is directed to send Plaintiff one copy of form AO 88B and one copy of form USM-285;
2. Plaintiff has **thirty days** from the date of service of this order to complete and return forms AO 88B and USM-285; and
3. Plaintiff has **120 days** from the date of this order, which is **December 18, 2026**, to file a motion to substitute a named Defendant in place of John Doe. **Failure to file a motion to substitute by this deadline may result in the dismissal of the entire action.**

IT IS SO ORDERED.

Dated: **August 19, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

(…continued)
providing documents, Plaintiff may file a motion to compel. The motion must be filed with the Court and served on the responding person or entity.