UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRANCIS ANTHONY HUMES,

Plaintiff,

v.

JOHN DOE,

Defendant.

No. 1:26-cv-03348-KES-EPG (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

Doc. 10

Plaintiff Francis Anthony Humes is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. Plaintiff filed his complaint on May 1, 2026, and generally alleges that Defendant John Doe, a correctional officer, destroyed Plaintiff's legal property in retaliation for Plaintiff speaking to another inmate on a transport bus. Doc. 1. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 9, 2026, the assigned magistrate judge issued findings and recommendations, recommending that this action proceed on Plaintiff's claims of retaliation in violation of the First Amendment and denial of Plaintiff's right to access the Courts against defendant John Doe, and that all other claims be dismissed. Doc. 10. The findings and recommendations were served on Plaintiff and contained notice that any objections were to be filed within thirty days after service. *Id.* at 2. Plaintiff did not file objections and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this court has reviewed this matter de novo. Having carefully reviewed the matter, the court finds the findings and recommendations are supported by the record and by proper analysis. The Court **ORDERS**:

1. The findings and recommendations issued on July 9, 2026, Doc. 10, are adopted in full;
2. Plaintiff's action shall proceed on his retaliation claim in violation of the First Amendment and his claim of denial of right to access the courts; and
3. All other claims are dismissed; and
4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: August 28, 2026

UNITED STATES DISTRICT JUDGE