UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS ANTHONY HUMES,<br>Plaintiff,<br>v.<br>JOHN DOE,<br>Defendant. | Case No. 1:26-cv-03348-KES-EPG (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENA BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(ECF No. 17) |

The Court previously  authorized the issuance of a subpoena duces tecum to Plaintiff and directed the Clerk of Court to send Plaintiff one copy of form AO 88B and one copy of form USM-285, for unidentified defendant John Doe to be completed by Plaintiff. (ECF No. 16) Plaintiff has now completed and returned the subpoena and USM-285 form. (ECF No. 17).

Accordingly, it is HEREBY ORDERED that:

1. Any response and/or responsive documents shall be produced to Plaintiff at his current address: California Men's Colony, P.O. Box 8101 San Luis Obispo, CA, 93409.[1]

2. The Clerk of Court shall forward the following documents to the United States Marshals Service:

[1] In the alternative, CDCR may provide confidential information sufficient to identify and serve the Doe defendant to the United States Marshal or the Court confidentially.

a. One (1) completed and issued subpoena *duces tecum*;

b. One (1) completed USM-285 form; and

c. Two (2) copies of this order, one to accompany the subpoena and one for the United States Marshals Service.

3. Within THIRTY (30) DAYS from the date of this order, the United States Marshals Service SHALL effect personal service of the subpoena, along with a copy of this order, upon CDCR, Office of Public & Employee Communications pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

4. The United States Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use.

5. Within TEN (10) DAYS after personal service is effected, the United States Marshals Service SHALL file the return of service.

IT IS SO ORDERED.

Dated: **September 22, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE